1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6809
7     Fax: (415) 436-7234

8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

                                                    1  08  70229
12  UNITED STATES OF AMERICA,        )    CRIMINAL NO.
13         Plaintiff,                )
                                     )
14                                   )    NOTICE OF PROCEEDINGS ON
           v.                        )    OUT-OF-DISTRICT CRIMINAL
15                                   )    CHARGES PURSUANT TO RULES
    CHRISTOPHER MICHAEL CRAMER,      )    5(c)(2) AND (3) OF THE FEDERAL RULES
16                                   )    OF CRIMINAL PROCEDURE
                                     )
17         Defendant.                )
    _____)
18
         Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
19
    Procedure that on April 15, 2008, the above-named defendant was arrested based upon an arrest
20
    warrant (copy attached) issued upon an
21
         ☐ Indictment
22
         ☐ Information
23
         ☒ Criminal Complaint
24
         ☐ Other (describe) _____ pending in the Central District of Illinois,
25
           Case Number CR 08-6404.
26
         In that case, the defendant is charged with violations of Title 21, United States Code,
27
    Sections 841(a)(1) and (b)(1)(B) and 846.
28

                                               1

1  Description of Charges: Possession with Intent to Distribute 100 kilograms or more of
2  Marijuana, a Schedule I controlled substance, and Conspiracy to Distribute Marijuana.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 4/16/08

WENDY THOMAS
Special Assistant U.S. Attorney

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

CHRISTOPHER MICHAEL CRAMER,

**FILED**

APR 8 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CRIMINAL COMPLAINT

CASE NUMBER: 08- 6404

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

From at least July 2007, through at least April 8, 2008, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**CHRISTOPHER MICHAEL CRAMER,**

did conspire to knowingly and intentionally distribute and possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I Controlled Substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:   ☒ Yes ☐ No

Signature of Complainant
Jay L. Bump, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

| April 8, 2008 | at | Davenport, Iowa |
|---|---|---|
| Date | | City and State |

Thomas J. Shields
United States Magistrate Judge

Name & Title of Judicial Officer                    Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jay L. Bump, being duly sworn state and depose as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been continuously so employed since February of 2001. I am aware of the information set forth below based on my own observations as well as discussions I have had with other law enforcement officers.

2. The following is an affidavit in support of a criminal complaint charging Christopher M. Cramer with violation of Title 21, United States Code, 846 conspiracy to distribute marijuana.

3. On February 27th, 2008, at approximately 8:10 a.m., a black 2008 Chevrolet pickup truck bearing Colorado registration, was pulled over on Interstate 80 eastbound at milepost 23 for speeding and improper lane usage. The vehicle was occupied by David Stockel and two other individuals. After speaking with the driver and the occupants of the vehicle, a search of the vehicle was conducted that resulted in the trooper locating five large duffel bags containing marijuana. The marijuana totaled approximately 67 pounds. In addition, $99,355 was also seized from the truck.

4. Investigators with the Illinois state police were called in to interview the three defendants. David Stockel, the owner of the pickup truck stated that the marijuana and the money belonged to him. Stockel stated that he obtained the marijuana from his source in Honeydew, California, Christopher Cramer. Stockel stated that he planned to deliver the marijuana to customers in the Chicago, Illinois area, the Paramus, New Jersey area, and other locations.

5. Investigators at the Illinois State Police arranged for a controlled delivery of marijuana to be conducted in Tinley Park, Illinois. Investigators from the Illinois State Police then traveled with Stockel to Tinley Park, Illinois, where they met with other members of the Illinois State Police and formulated plans for a controlled delivery of the marijuana. On the evening of February 27, 2008, members of the Illinois State Police conducted two controlled deliveries of marijuana to two different individuals in the Tinley Park, Illinois, area, utilizing David Stockel as a confidential source. As a result of the controlled delivery, three individuals were arrested and $47,160.00 in currency was seized.

6. On February 29, 2008, agents from the DEA Quad Cities Post of Duty, along with the Illinois State Police and David Stockel, traveled to Newark, New Jersey, to conduct a controlled delivery of marijuana. Upon arriving in New Jersey, DEA agents and Illinois State Police agents, along with Stockel, met with agents of the DEA Newark Field Division HIDTA Task Force and formulated the plans for the controlled delivery. Later that evening a successful controlled delivery of marijuana was completed, two individuals were arrested, and approximately $127,000.00 in currency was seized.

7. On March 6, 2008, agents from the DEA Quad Cities POD along with Illinois State Police agents traveled to Austin, Texas, to conduct a controlled delivery of marijuana utilizing Stockel. Agents were assisted by DEA agents from the DEA San Antonio HIDTA group as well as agents from the Texas Department of Public Safety and the Austin Police Department. The controlled delivery was successful and the delivery resulted in the arrest of two individuals and the seizure of approximately $68,000.00 in currency.

8. Stockel stated that his source of supply for marijuana is a person by the name of Chris Cramer who resides in Honeydew, California. Cramer has been positively identified as Christopher Michael Cramer, male white, date of birth December 9, 1981. Stockel provided agents with Cramer's phone numbers. Cramer's home phone number is 707-629-3539 and his cellular phone number is 707-502-5140. A drug ledger located in Stockel's property showed that he owed Cramer $10,755.00 from a previous drug transaction.

9. Stockel stated that the 67 pounds of marijuana that he was arrested with on February 27th, 2008, was a partial remainder of 127 pounds of marijuana that he had purchased from Cramer a few days earlier. Stockel has known Cramer for three years and has been purchasing high grade marijuana from Cramer since July of 2007. Stockel stated that he started off purchasing a couple pounds at a time from Cramer and eventually worked up to purchasing as much as 127 pounds at a time. Prior to February 27, 2008, Stockel had purchased marijuana from Cramer approximately three times per month since July of 2007. Stockel stated that all but one of the marijuana transactions between him and Cramer took place inside Cramer's residence in Honeydew, California.

10. Since February 27, 2008, when Stockel's cooperation began, agents have arrested 8 individuals and seized approximately $341,515.00 in currency and seized 67 pounds of marijuana. Stockel's information has proved to be accurate and truthful.

_____
Jay L. Bump, Special Agent,
Drug Enforcement Administration

Sworn to before me and subscribed
In my presence this 8th day
of April, 2008 in Davenport, Iowa.

_____
Thomas J. Shields
United States Magistrate Judge

# United States District Court

CENTRAL  DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA

vs.

CHRISTOPHER MICHAEL CRAMER,

WARRANT FOR ARREST

CASE NO. 08-6404

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest _____Christopher Michael Cramer_____, and bring him
Name

forthwith to the nearest magistrate to answer a complaint, charging:

From at least July 2007, through at least April 8, 2008, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**CHRISTOPHER MICHAEL CRAMER,**

did conspire to knowingly and intentionally distribute and possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I Controlled Substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

Thomas J. Shields
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ Pre-Trial Detention by

U.S. Magistrate Judge
Title of Issuing Officer

April 8, 2008 at Davenport, Iowa
Date and Location

Thomas J. Shields, U.S. Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | Title of Arresting Officer | |