✎ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

| UNITED STATES OF AMERICA<br>V.<br>Christopher Michael Cramer | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern CA | Central Illinois | 1 08 70229 NJV | 08-6404 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☑ Complaint    ☐ Other (specify)

charging a violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B), and 846

**DISTRICT OF OFFENSE**
Central Illinois

**DESCRIPTION OF CHARGES:**
did conspire to knowingly and intentionally distribute and possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I Controlled Substance

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel    ☐ Federal Defender Organization    ☑ CJA Attorney    ☐ None

**Interpreter Required?** ☑ No    ☐ Yes    Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 4/16/08 | _[signature]_ |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

FILED APR 16 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Print    Save As...    Export as FDF    Retrieve FDF File    Reset